**Order entered December 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01334-CR
No. 05-15-01335-CR
No. 05-15-01336-CR

**MICHAEL WATTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause Nos. 32386-422, 32387-422, 32388-422**

## ORDER
Before Justices Francis, Evans, and Stoddart

Based on the Court's opinion of this date, we **DENY** appellant's November 17, 2015

motions for appointment of counsel and for an extension of time to prepare his appeal.


/s/     DAVID EVANS
        JUSTICE